|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LYNNETTE VARGAS, | Case No. 1:23-cv-01560-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER EAJA |
| v. | (ECF No. 14) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Lee Yang ("Plaintiff") filed the complaint in this action on November 3, 2021. (ECF No. 1.) On December 22, 2023, the Court entered the parties' stipulation, remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 11, 12, 13.) On March 21, 2024, the parties filed a stipulation for the award of attorney fees in the amount of $704.06, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") and no costs under 28 U.S.C. §1920. (ECF No. 14.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id. at 2.)

/ / /

/ / /

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $704.06.

IT IS SO ORDERED.

Dated: **March 22, 2024**

UNITED STATES MAGISTRATE JUDGE